IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER JAMES SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE. NO. 2:12CV230-MEF |
| | ) |
| AUBURN UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On April 6, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed (Doc. #8). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED, and that the plaintiff's breach-of-contract claim is dismissed without prejudice and his remaining claims are dismissed with prejudice.

DONE this the 1st day of May, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE